IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE COMPLAINT OF:<br><br>MANUEL FLORES | MJ 25- 59 -M-KLD<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint, Affidavit, and Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this complaint or warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 14th day of August 2025.

KATHLEEN L. DESOTO
United States Magistrate Judge

1